**Order filed November 1, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00836-CV
_____

## WILLIAM  DEXTER  LUCAS AND BRIAN MICHAEL CORPIAN,
**Appellants**

### V.

## DONALD  RAY  SAVAGE AND RAHSAAN K. KING, Appellees

---

**On Appeal from the County Court at Law #4**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-CCV-053073**

---

## O R D E R

This is an accelerated appeal. On October 2, 2018, before the clerk's record was filed, appellants filed a document entitled, "APPELLANTS INTERLOCUTORY APPEAL FROM JUDGMENT WITH BRIEF IN SUPPORT." Because it was filed before the clerk's record was filed, the document does not contain citations to the record as required by Tex. R. App. P. 38.1(d), (g), and (i).

The clerk's record was filed on October 4, 2018. No reporter's record was taken. Accordingly, appellants' brief was due October 24, 2018. Tex. R. App. P. 38.6(a)(1). No further brief has been filed.

No later than **November 21, 2018**, appellant shall either: (1) notify the court that the document he filed October 2, 2018 is his brief for purposes of Rule 38.1; or (2) file a brief. If no response is received by that date, the court will construe the document filed October 2, 2018 as appellant's brief.

Subject to any extensions they may receive, appellees' brief will be due on December 11, 2018, or 20 days after appellants file a brief, whichever is later.

This order should not be construed as a determination of the jurisdictional question referenced in the court's October 5, 2018 letter.

PER CURIAM